TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| VINA DEJORIA, an individual, | CASE NO: 2:21-cv-01216-APG-DJA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS DEFENDANT DENNY'S INC. AND SUBSTITUTE INKA, LLC, d/b/a DENNY'S RESTAURANT #9346 AND ACCEPTANCE OF SERVICE OF PROCESS** |
| DENNY'S INC., a Foreign Corporation, | |
| Defendant. | |
| | **[FIRST REQUEST]** |

Plaintiff VINA DEJORIA ("Plaintiff") and INKA, LLC, d/b/a DENNY'S RESTAURANT #9346 ("Inka"), by and through their attorneys of record, hereby stipulate as follows:

Denny's Inc. did not employ Plaintiff and is not a proper party to this action. Instead, Inka employed Plaintiff and is the proper party to this action.[1] Accordingly, Plaintiff and Inka (the "parties") respectfully request and hereby stipulate that an order dismissing Defendant Denny's Inc. and substituting Inka as defendant in its place be entered. The parties agree that the caption of this matter will be revised in accordance with this stipulation. The parties further agree that, because the action is ongoing between Plaintiff and Inka, no determination of responsibility for fees and costs is necessary at this time.

---

[1] King Durham represents Inka and will accept service of the summons and complaint in this matter on behalf of Inka.

In light of the above stipulation, the parties respectfully request that Inka be granted an extension to respond to the Complaint so that dismissal of Denny's Inc. and substitution of Inka as defendant can be effectuated prior to the requirement to file a responsive pleading. If the requested extension is granted, Inka will file its response on or before August 6, 2021. This is the first request for an extension made by the parties and the parties make this request in good faith and not for the purpose of delay.

Dated: July 7, 2021                                   Dated: July 7, 2021

/s/ Trevor J. Hatfield                                /s/ Matthew L. Durham
TREVOR J. HATFIELD                                    MATTHEW L. DURHAM
HATFIELD & ASSOCIATES, LTD                            KING DURHAM

Attorney for Plaintiff                                Attorneys for Defendant Inka, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: ___July 7_____, 2021

_____
UNITED STATES DISTRICT JUDGE