Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
Chad D. Olsen
Nevada Bar No. 12060
colsen@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendant
INKA, LLC dba DENNY'S RESTAURANT #9346

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VINA DEJORIA, an individual, | Case No. 2:21-cv-01216-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| INKA, LLC dba DENNY'S RESTAURANT #9346, | |
| Defendant. | |

Plaintiff Vina Dejoria hereby dismisses, with prejudice, her Complaint against defendant Inka, LLC dba Denny's Restaurant #9346, in its entirety, with each party to bear its own fees and costs.

DATED: December 2, 2021                HATFIELD & ASSOCIATES, LTD.

                                       By   *Trevor J. Hatfield*
                                            Trevor J. Hatfield, NV Bar No. 7373
                                            703 S. Eighth Street
                                            Las Vegas, Nevada 89101
                                            Tel. (702) 388-4469

                                       Attorneys for Plaintiff VINA DEJORIA

DATED: December 2, 2021              KING & DURHAM PLLC

                                     By   *Matthew L. Durham*
                                     Matthew L. Durham, NV Bar No. 10342
                                     6385 S. Rainbow Blvd., Suite 220
                                     Las Vegas, Nevada 89118
                                     Tel. (702) 833-1100

                                     Attorneys for Defendant
                                     INKA, LLC dba DENNY'S
                                     RESTAURANT #9346

**ORDER**

IT IS SO ORDERED.

Dated: December 1, 2021

_____
UNITED STATES DISTRICT JUDGE

-2-